| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) JORGENSON, CINDY K. | 2. Court or Organization UNITED STATES DISTRICT COURT - ARIZONA | 3. Date of Report 05/14/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |
| 7. Chambers or Office Address 405 W CONGRESS, SUITE 5180 TUCSON, AZ 95701-5033 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2018 | Arizona Elected Officials Retirement Plan | $31,594.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Arizona Public Safety Retirement System (retired) |
| 2. 2018 | Arizona State Retirement System |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JORGENSON, CINDY K.** | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan StanLey IRA - Pimco Enhanced Shrt Mtrt Exc | A | Dividend | L | T | Buy (add'l) | 01/25/18 | K | | |
| 2. | | | | | Sold (part) | 02/07/18 | J | | |
| 3. | | | | | Sold (part) | 02/26/18 | J | | |
| 4. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 5. | | | | | Buy (add'l) | 09/26/18 | K | | |
| 6. Morgan Stanley IRA - Vanguard Info Tech ETF | A | Dividend | K | T | Sold (part) | 02/07/18 | J | B | |
| 7. | | | | | Sold (part) | 02/26/18 | J | | |
| 8. | | | | | Sold (part) | 07/20/18 | J | | |
| 9. | | | | | Sold (part) | 09/26/18 | J | | |
| 10. Morgan Stanley IRA - Ishares China Large Cap ETF | A | Dividend | J | T | Sold (part) | 02/07/18 | J | A | |
| 11. | | | | | Sold (part) | 02/26/18 | J | | |
| 12. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 13. Morgan Stanley IRA - Ishares MSCI South Korea ETF | A | Dividend | | | Sold | 02/07/18 | K | B | |
| 14. Morgan Stanley IRA - Ishares MSCI Spain ETF | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 15. | | | | | Sold (part) | 02/26/18 | J | | |
| 16. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 17. | | | | | Buy (add'l) | 09/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley IRA - Ishares US Consumer Ser ETF | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 19. | | | | | Sold (part) | 02/26/18 | J | | |
| 20. | | | | | Sold (part) | 07/20/18 | J | | |
| 21. | | | | | Sold (part) | 09/26/18 | J | | |
| 22. Morgan Stanley IRA - Vangueard TTL Stk Mkt ETF | B | Dividend | L | T | Sold (part) | 02/07/18 | J | B | |
| 23. | | | | | Sold (part) | 02/26/18 | J | | |
| 24. | | | | | Sold (part) | 07/20/18 | J | | |
| 25. | | | | | Sold (part) | 09/26/18 | K | | |
| 26. MorganStanley IRA - Ishares Global Financials ETF | A | Dividend | J | T | Sold (part) | 02/07/18 | J | A | |
| 27. | | | | | Sold (part) | 02/26/18 | J | | |
| 28. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 29. | | | | | Sold (part) | 09/26/18 | K | | |
| 30. Morgan Stanley IRA - Invesco Dynamic Lrg Cap Value (X) | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 31. | | | | | Sold (part) | 02/26/18 | J | | |
| 32. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 33. | | | | | Sold (part) | 09/26/18 | J | A | |
| 34. Morgan Stanley IRA - SPDR S&P Retail | A | Dividend | J | T | Sold (part) | 02/07/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 02/26/18 | J | | |
| 36. | | | | | Sold (part) | 07/20/18 | J | | |
| 37. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 38. Morgan Stanley IRA - Invesco S&P 500 PureValue ETF (X) | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 39. | | | | | Sold (part) | 02/26/18 | J | | |
| 40. Morgan Stanley IRA - Ishares US Aerospoace & Def ETF | A | Dividend | | | Sold (part) | 02/07/18 | J | A | |
| 41. | | | | | Sold (part) | 02/26/18 | J | | |
| 42. | | | | | Sold (part) | 07/20/18 | J | | |
| 43. | | | | | Sold | 09/26/18 | K | | |
| 44. Morgan Stanley IRA - Widsomtree Euro Sm Cap Div ETF | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 45. | | | | | Sold (part) | 02/26/18 | J | A | |
| 46. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 47. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 48. Morgan Stanley IRA - Widsomtree Trust Japan Hedge Eq | | None | | | Sold | 02/07/18 | K | C | |
| 49. Morgan Stanley IRA - First Trust Japan | A | Dividend | K | T | Buy | 02/07/18 | K | | |
| 50. | | | | | Sold (part) | 02/26/18 | J | | |
| 51. | | | | | Sold (part) | 07/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 53. Morgan Stanley IRA - SPDR DJIA Trust | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 54. | | | | | Sold (part) | 02/26/18 | J | | |
| 55. | | | | | Sold (part) | 07/20/18 | J | | |
| 56. | | | | | Sold (part) | 09/26/18 | J | | |
| 57. Morgan Stanley IRA - Vaneck Vectors ETF Semicond | | None | | | Sold | 02/07/18 | K | C | |
| 58. Morgan Stanley IRA - Ishares Core MSCI EAFE ETF | B | Dividend | L | T | Buy (add'l) | 02/07/18 | J | | |
| 59. | | | | | Sold (part) | 02/26/18 | J | A | |
| 60. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 61. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 62. Morgan Stanlay IRA - Ishares Core MSCI Emerging | A | Dividend | J | T | Sold (part) | 02/07/18 | J | C | |
| 63. | | | | | Sold (part) | 02/26/18 | J | | |
| 64. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 65. | | | | | Sold (part) | 09/26/18 | J | | |
| 66. Morgan Stanley IRA - Pacer Gbl Cash Cows Dividend | C | Dividend | L | T | Buy | 02/07/18 | L | | |
| 67. | | | | | Sold (part) | 02/26/18 | J | | |
| 68. | | | | | Buy (add'l) | 07/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 70. Morgan Stanley IRA - Ishares MSCI Taiwan ETF | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 71. | | | | | Sold (part) | 02/26/18 | J | | |
| 72. | | | | | Sold (part) | 07/20/18 | J | A | |
| 73. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 74. Morgan Stanley IRA - MSCI Italy ETF | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 75. | | | | | Sold (part) | 02/26/18 | J | | |
| 76. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 77. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 78. Morgan Stanley IRA - IShares MSCI Japan ETF | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 79. | | | | | Sold (part) | 02/26/18 | J | | |
| 80. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 81. | | | | | Sold (part) | 07/20/18 | J | | |
| 82. | | | | | Sold (part) | 09/26/18 | J | | |
| 83. Morgan Stanley IRA - Oppenheimer S&P Ultra Divide | B | Dividend | L | T | Buy (add'l) | 09/26/18 | L | | |
| 84. Wells Fargo Savings | | None | K | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| JORGENSON, CINDY K. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ CINDY K. JORGENSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544